STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
FREDERICK BIANCO, DEFENDANT-RESPONDENT.

*Mr. Frank C. Scerbo, Mr. Robert J. Del Tufo* and *Mr.
Bertram J. Latzer* for the petitioner.

*Mr. Robert Greenberg* and *Mr. Harry Lerner* for the respondent.

February 28, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH RANDAZZO, JR., DEFENDANT-PETITIONER.

See same case below: 92 *N. J. Super.* 579.

*Mr. Bruno L. Leopizzi* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

February 28, 1967. Denied.

VERA SORENSON, PLAINTIFF-RESPONDENT, v.
SEBASTIAN WALSH, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Mr. Robert H. Wall* for the petitioners.

*Mr. James H. Dowden* for the respondent.

February 28, 1967. Denied.